UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TRUTH PUBLISHING COMPANY, INC. ) | |
| ) | |
| Plaintiff, ) | Cause No. 3:11CV 017 JD |
| ) | |
| v. ) | |
| ) | |
| KRISTOPHER C. CAMPBELL, d/b/a ) | |
| I.C.U. MUG SHOTS ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff Truth Publishing Company, Inc. ("Truth Publishing"), by its attorneys, for its Complaint for Copyright Infringement against the Defendant Kristopher C. Campbell, d/b/a I.C.U. Mug Shots ("Campbell"), alleges as follows:

### PARTIES

1. Truth Publishing is a corporation organized and existing under the laws of the State of Indiana and publishes THE ELKHART TRUTH, a daily newspaper in Elkhart, Indiana. Truth Publishing's offices are located in Elkhart.

2. Campbell, on information and belief, resides in Elkhart, Indiana, and publishes a periodical called I.C.U. MUG SHOTS circulated in Elkhart and the surrounding area.

3. "I.C.U." is an acronym for Indiana Criminals Uncovered. I.C.U. MUG SHOTS publishes mug shots of people arrested, together with news stories regarding arrests, convictions and other matters relating to criminal justice.

4. I.C.U. MUG SHOTS does not produce any of its own news material, but plagiarizes and unlawfully publishes news stories and other works from legitimate news publications. Each issue of I.C.U. MUG SHOTS is sold for $1.50 per copy.

## JURISDICTION and VENUE

5. This action is for copyright infringement pursuant to 17 U.S.C. §§ 411 and 512. This Court has original subject matter jurisdiction pursuant to 17 U.S.C. § 501(a) and 28 U.S.C. § 1331 and 28 U.S.C. § 1338.

6. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400.

## FACTUAL BACKGROUND

7. Truth Publishing employs a staff of news reporters to research and prepare news stories on local matters of general interest to readers of THE ELKHART TRUTH. The news stories are published both in the newsprint edition of THE ELKHART TRUTH and in the online edition, www.etruth.com.

8. Both the newsprint and online editions of THE ELKHART TRUTH prominently display the copyright symbol, ©, notifying readers that Truth Publishing has rights as the holder of a copyright on the material it publishes.

9. Campbell has repeatedly plagiarized original news stories published by Truth Publishing and published those stories in I.C.U. MUG SHOTS in direct violation of Truth Publishing's rights as the holder of a copyright to each news story.

## THE COUNTERFEITING STORY

10. On about October 5, 2010, THE ELKHART TRUTH published a news story under the headline, "Elkhart Cops Turn Up Counterfeit $100s That Fool Even Cashier

Markers" (the "Counterfeiting Story"). The Counterfeiting Story was written by a reporter employed by Truth Publishing and is its original work.

11. A true and correct copy of the Counterfeiting Story as published by Truth Publishing is attached as Exhibit 1 hereto.

12. Truth Publishing has timely applied for copyright registration of the Counterfeiting Story and paid the appropriate fee to the Copyright Office.

13. Shortly after THE ELKHART TRUTH published the Counterfeiting Story, Campbell copied that story and published it in I.C.U. MUG SHOTS.

14. A true and correct copy of the Counterfeiting Story as published in I.C.U. MUG SHOTS is attached hereto as Exhibit 2.

15. Truth Publishing did not authorize or consent to the re-publication of the Counterfeiting Story by Campbell or I.C.U. MUG SHOTS.

16. Campbell wrongly benefited from his unauthorized and unlawful copying of the Counterfeiting Story, to the detriment of Truth Publishing.

## THE IMPROV STORY

17. On about October 6, 2010, THE ELKHART TRUTH published a news story under the headline, "Improv Fuels Elkhart County's Comedy Scene" (the "Improv Story"). The Improv Story was written by a reporter employed by Truth Publishing and is its original work.

18. A true and correct copy of the Improv Story as published by Truth Publishing is attached as Exhibit 3 hereto.

19. Truth Publishing has timely applied for copyright registration of the Improv Story and paid the appropriate fee to the Copyright Office.

20. Shortly after THE ELKHART TRUTH published the Improv Story, Campbell copied that story and published it in I.C.U. MUG SHOTS.

21. A true and correct copy of the Improv Story as published in I.C.U. MUG SHOTS is attached hereto as Exhibit 4.

22. Truth Publishing did not authorize or consent to the re-publication of the Improv Story by Campbell or I.C.U. MUG SHOTS.

23. Campbell wrongly benefited from his unauthorized and unlawful copying of the Improv Story, to the detriment of Truth Publishing.

## THE COMEDIAN PHOTOGRAPH

24. On about October 6, 2010, THE ELKHART TRUTH published a photograph of Comedian Bill Bender performing in Elkhart (the "Comedian Photograph"). The Comedian Photograph was taken by a photographer employed by Truth Publishing and is its original work.

25. A true and correct copy of the Comedian Photograph as published by Truth Publishing is attached as Exhibit 5 hereto.

26. Truth Publishing has timely applied for copyright registration of the Comedian Photograph and paid the appropriate fee to the Copyright Office.

27. Shortly after THE ELKHART TRUTH published the Comedian Photograph, Campbell published a copy of the photograph in I.C.U. MUG SHOTS.

28. A true and correct copy of the Comedian Photograph as published in I.C.U. MUG SHOTS is attached as Exhibit 6.

29. Truth Publishing did not authorize or consent to the re-publication of the Comedian Photograph by Campbell or I.C.U. MUG SHOTS.

30. Campbell wrongly benefitted from his unauthorized and unlawful copying of the Comedian Photograph, to the detriment of Truth Publishing.

## THE TEEN ARREST STORY

31. On about October 5, 2010, THE ELKHART TRUTH published a news story under the headline, "Three Teens Arrested for Possessing 1.6 Pounds of Pot" (the "Teen Arrest Story"). The Teen Arrest Story was written by a reporter employed by Truth Publishing and is its original work.

32. A true and correct copy of the Teen Arrest Story as published by Truth Publishing is attached as Exhibit 7 hereto.

33. Truth Publishing has timely applied for copyright registration of the Teen Arrest Story and paid the appropriate fee to the Copyright Office.

34. Shortly after THE ELKHART TRUTH published the Teen Arrest Story, Campbell copied that story and published it in I.C.U. MUG SHOTS.

35. A true and correct copy of the Teen Arrest Story as published in I.C.U. MUG SHOTS is attached hereto as Exhibit 8.

36. Truth Publishing did not authorize or consent to the re-publication of the Teen Arrest Story by Campbell or I.C.U. MUG SHOTS.

37. Campbell wrongly benefitted from his unauthorized and unlawful copying of the Teen Arrest Story, to the detriment of Truth Publishing.

## THE VEHICLE FIRE STORY

38. On about October 18, 2010, THE ELKHART TRUTH published a news story under the headline, "Elkhart man arrested after a series of vehicle fires early Sunday" (the

"Vehicle Fire Story"). The Vehicle Fire Story was written by a reporter employed by Truth Publishing and is its original work.

39. A true and correct copy of the Vehicle Fire Story as originally published by Truth Publishing is attached as Exhibit 9 hereto.

40. Truth Publishing has timely applied for copyright registration of the Vehicle Fire Story and paid the appropriate fee to the Copyright Office.

41. Shortly after THE ELKHART TRUTH published the Vehicle Fire Story, Campbell copied that story and published it in I.C.U. MUG SHOTS.

42. A true and correct copy of the Vehicle Fire Story as published in I.C.U. MUG SHOTS is attached hereto as Exhibit 10.

43. Truth Publishing did not authorize or consent to the re-publication of the Vehicle Fire Story by Campbell or I.C.U. MUG SHOTS.

44. Campbell wrongly benefited from his unauthorized and unlawful copying of the Vehicle Fire Story, to the detriment of Truth Publishing.

THE BAND THEFT STORY

45. On about October 20, 2010, THE ELKHART TRUTH published a news story under the headline, "Woman Admits $10K Theft from Goshen Band Boosters" (the "Band Theft Story"). The Band Theft Story was written by a reporter employed by Truth Publishing and is its original work.

46. A true and correct copy of the Band Theft Story as originally published by Truth Publishing is attached as Exhibit 11 hereto.

47. Truth Publishing has timely applied for copyright registration of the Band Theft Story and paid the appropriate fee to the Copyright Office.

6

48. Shortly after THE ELKHART TRUTH published its Band Theft Story, Campbell copied that story and published it in I.C.U. MUG SHOTS.

49. A true and correct copy of the Band Theft Story as published in I.C.U. MUG SHOTS is attached hereto as Exhibit 12.

50. Truth Publishing did not authorize or consent to the re-publication of the Band Theft Story by Campbell or I.C.U. MUG SHOTS.

51. Campbell wrongly benefited from his unauthorized and unlawful copying of the Band Theft Story, to the detriment of Truth Publishing.

## THE WRONGFUL ARREST STORY

52. On about October 19, 2010, THE ELKHART TRUTH published a news story under the headline, "City of Elkhart former detective face trial over wrongful arrest" (the "Wrongful Arrest Story"). The Wrongful Arrest Story was written by a reporter employed by Truth Publishing and is its original work.

53. A true and correct copy of the Wrongful Arrest Story as originally published by Truth Publishing is attached as Exhibit 13 hereto.

54. Truth Publishing has timely applied for copyright registration of the Wrongful Arrest Story and paid the appropriate fee to the Copyright Office.

55. Shortly after THE ELKHART TRUTH published the Wrongful Arrest Story, Campbell copied that story and published it in I.C.U. MUG SHOTS.

56. A true and correct copy of the Wrongful Arrest Story as published in I.C.U. MUG SHOTS is attached hereto as Exhibit 14.

57. Truth Publishing did not authorize or consent to the re-publication of the Wrongful Arrest Story by Campbell or I.C.U. MUG SHOTS.

58. Campbell wrongly benefited from his unauthorized and unlawful copying of the Wrongful Arrest Story, to the detriment of Truth Publishing.

## COUNT I:
## COPYRIGHT INFRINGEMENT

59. Pursuant to 17 U.S.C. § 501, "[a]nyone who violates any of the exclusive rights of the copyright owner . . . is an infringer of the copyright or right of the author, as the case may be."

60. Campbell violated Truth Publishing's rights under the law by copying its news stories, and copying its photograph.

61. Campbell's copying of Truth Publishing's original news content and photograph constitute willful infringement under the applicable law.

62. Campbell's copyright infringement has damaged Truth Publishing, and such damage shall continue unless and until enjoined by this Court.

63. The repeated and willful nature of Campbell's copyright infringement shows that his misconduct is likely to continue unless enjoined. Truth Publishing will be irreparably harmed unless an injunction is granted to restrain further copyright infringement by Campbell.

WHEREFORE, Plaintiff Truth Publishing prays for an order: (1) restraining and enjoining Campbell and all persons acting in concert or participation with him from copying and publishing material from THE ELKHART TRUTH without permission from Truth Publishing; (2) directing Campbell to prepare and deliver an accounting of all profits he has derived from infringing Truth Publishing's copyrights; (3) awarding Truth Publishing monetary damages, statutory and otherwise, and punitive damages sufficient to punish and deter Campbell's willful infringement; (4) directing Campbell to pay Truth

8

Publishing's reasonable costs and attorneys' fees; and (5) granting such other relief as this Court deems proper and just in the premises.

TRUTH PUBLISHING COMPANY, INC.<br>
By Its Attorneys:

/s/ Steven M. Badger

Steven M. Badger
BOSE MCKINNEY & EVANS LLP
111 Monument Circle
Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 (facsimile)

1770102_3