UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TRUTH PUBLISHING COMPANY INC.,     ) | |
|     ) | |
|   Plaintiff,     ) | |
|     ) | |
|   v.     ) | Case No. 3:11-CV-17 JD |
|     ) | |
| KRISTOPHER C CAMPBELL,     ) | |
| *doing business as ICU Mug Shots*,     ) | |
|     ) | |
|   Defendant.     ) | |

FINAL JUDGMENT AND ORDER OF PERMANENT INJUNCTION AND OTHER
EQUITABLE RELIEF AGAINST KRISTOPHER C. CAMPBELL

On May 5, 2011, the Court entered judgment in accordance with the parties' agreed terms. *See* DE 13 and DE 14. Therein, the Court also ordered the parties to file a joint status report regarding dismissal. On May 13, 2011, the parties filed a joint status report indicating that final judgment may now be entered pursuant to Fed. R. Civ. P. 58(b). *See* DE 15. Accordingly, pursuant to Fed. R. Civ. P. 58(b)(2), and consistent with the terms of the parties' agreed judgment, the Court now **ENTERS FINAL JUDGMENT** in favor of the Plaintiff, Truth Publishing Company, Inc. and against Kristopher C. Campbell, in accordance with the terms of the agreed judgment.

The Court now **ENTERS FINAL JUDGMENT** in favor of Truth Publishing and against Campbell in the amount of **$2,500.00**. In addition, the Court **PERMANENTLY ENJOINS** Campbell, his agents, servants, employees, and attorneys, including any employees of I.C.U. Mug Shots and any other persons in active concert or participation with the aforementioned individuals from copying and republishing in the I.C.U. Mug Shots, or any other publication disseminated to the public, any news stories, editorials, photographs or other original content

published in the Elkhart Truth newspaper or on the etruth.com website, without prior express written permission from the Truth Publishing.

    SO ORDERED.

    ENTERED:   May 27, 2011

                                              /s/ JON E. DEGUILIO
                                       Judge
                                       United States District Court